|  |  |
|---|---|
| **FEDERICO E. COLON, JR.,**<br><br>             **Plaintiff,**<br><br>V.<br><br>**CHUL Y. LEE, EAST LINE INC., JOHN DOES 1-10 (said names being fictitious) and XYZ CORPORATIONS 1-10 (said names being fictitious)**<br><br>             **Defendant(s).** | **SUPERIOR COURT OF NEW JERSEY LAW DIVISION BERGEN COUNTY**<br><br>**DOCKET NO. BER-L-003566-23**<br><br>**NOTICE OF FILING OF NOTICE OF REMOVAL** |

      **PLEASE TAKE NOTICE**, pursuant to 28 U.S.C. §1446(d), that Removing Defendants, Chuly Y. Lee and East Line, Inc. have filed a Notice of Removal in the office of the Clerk of the United States District Court for the District of New Jersey, removing this civil action now pending in the Superior Court of New Jersey, Bergen County, pursuant to 28 U.S.C. § 1331. Please take further notice that Defendant has filed in the office of the Clerk of the United States District Court for the District of New Jersey a copy of the Complaint which was filed in the Superior Court of New Jersey, Bergen County.

Respectfully submitted,

**MORGAN & AKINS, PLLC**

BY: *Joseph DiPisa*
_____

JOSEPH A. DIPISA, ESQUIRE
NJ Attorney ID No. 039472008
OLIVER R. BROOKS, ESQUIRE
NJ Attorney ID No. 04142009
The Graham Building
30 S. 15th Street
Suite 701
Philadelphia, PA 19102
Telephone: 201.655.9428
Facsimile: 215.600.1303
Email: jdipisa@morganakins.com
*Counsel for Defendants Chul Y. Lee and East Line*

Date: August 9, 2023

## CERTIFICATE OF SERVICE

I hereby certify that, in addition to being filed electronically on the electronic filing system for the State of New Jersey, eCourts on the docket Superior Court of New Jersey, Law Division: County of Passaic, Case No.: BER-L-003566-23, on August 9. 2023, a copy of the foregoing Notice of Removal, along with all removal documents filed in District Court, was provided electronically, as well as mailed via USPS, to Plaintiff's Counsel at the below address:

Brent Bramnick, Esq.
Bramnick, Rodriguez, Grabas
Arnold & Mangan, LLC
1827 East Second Street
Scotch Plains, NJ 07076

                                                                  Respectfully submitted,

                                                                  **MORGAN & AKINS, PLLC**

**BY:**    *Joseph DiPisa*
                                  JOSEPH A. DIPISA, ESQUIRE
                                  NJ Attorney ID No. 039472008
                                  The Graham Building
                                  30 S. 15th Street
                                  Suite 701
                                  Philadelphia, PA 19102
                                  Telephone: 201.655.9428
                                  Facsimile: 215.600.1303
                                  Email: jdipisa@morganakins.com
                                  *Counsel for Defendants Chul Y. Lee and East Line*

Date:  <u>August 9, 2023</u>